# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Linda Louise Wittig
dba Linda Wittig Personal Chef

**Debtor 1**

Chapter 13

Case number 1:16–bk–01063–HWV

## Notice To Filing Party

**Please take notice that:**

As per Local Bankruptcy Rule 2014–1(b), an application for employment of an agent or broker for the sale or lease of estate property must be accompanied by a copy of the signed written contract employing the agent or broker. The signed written contract was not included with docket entry **#35**. Please file the signed written contract employing the agent or broker by **June 22, 2018**. Failure to do so may result in a delay in processing this matter.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 15, 2018 |

ntfp(05/18)